IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARTIN J. BIBBS,**<br><br>Plaintiff,<br><br>v.<br><br>**M. SAYRE, et al.,**<br><br>Defendants. | Case No. C 12-5917 CW (PR)<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION TO FILE A DISPOSITIVE MOTION** |

Having reviewed Defendants' Motion for an Extension to File a Dispositive Motion, and good cause appearing, Defendants' motion is GRANTED. Defendants may file a dispositive motion on or before January 20, 2014. Plaintiff may file an opposition within thirty days of service of Defendants' motion, and Defendants shall file a reply brief within fifteen days of service of Plaintiff's opposition brief.

**IT IS SO ORDERED.**

Dated: 10/31/2013

The Honorable Claudia Wilken

1

[Proposed] Order Granting Defs.' Mot. for Ext. to File a Dispositive Mot. (C 12-5917 CW (PR))