IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN J. BIBBS,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL C. SAYRE, M.D., et al.,<br><br>    Defendants. | Case No.: C 12-5917 CW (PR)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO FILE UNDER SEAL, DENYING AS MOOT PLAINTIFF'S MOTIONS FOR PRODUCTION OF EVIDENCE AND FOR ENTRY OF DEFAULT AND SETTING NEW BRIEFING SCHEDULE<br><br>Doc. Nos. 42, 45, and 46 |

    Plaintiff, a state prisoner incarcerated at Pelican Bay State Prison (PBSP), has filed a pro se civil rights action pursuant to 42 U.S.C. § 1983, alleging the violation of his constitutional rights by prison officials and medical staff at PBSP.  On January 21, 2014, Defendants filed a motion for summary judgment and an administrative motion to file confidential documents under seal.  On January 24, 2014, Plaintiff filed a motion for production of documents, on January 27, 2014, Plaintiff filed a letter stating that he had not received Defendants' motion and, on January 29, 2014, Plaintiff filed a motion for entry of default.

    In Defendants' response to Plaintiff's filings regarding his nonreceipt of their motion, they state that they filed their motion on the appropriate day and properly served Plaintiff with the motion and supporting documents.  However, in an abundance of

caution, they indicate that they are re-serving Plaintiff with their motion and all of the supporting documents.

The Court notes that Plaintiff filed a notice of change of address on December 30, 2013 and Defendants' mail to Plaintiff may have failed to reach him because of his address change.  The fact that Defendants have re-mailed their motion and supporting documents to Plaintiff remedies any lapse in Plaintiff's nonreceipt of Defendants' motion.  Plaintiff will not be prejudiced because the Court is setting a new briefing schedule to allow Plaintiff more time to file his opposition.  Therefore, Plaintiff's motions for production of evidence and for default judgment are denied as moot.

Defendants request to file under seal Plaintiff's confidential medical records, which they submit as Exhibit 1 to the declaration of S. Soderlund.  Defendants indicate that they have lodged an unredacted version with the Clerk of the Court and have served an unredacted version to Plaintiff by United States mail.

Pursuant to Northern District Local Rules 70-5 and 7-11, the Court, having reviewed the accompanying declaration of G. Nguyen supporting the administrative motion to seal documents, and good cause appearing, orders that Exhibit 1 to the declaration of S. Soderlund, submitted in support of Defendants' motion for summary judgment, shall be filed under seal

CONCLUSION

For the foregoing reasons, the Court orders as follows:

1.   Plaintiff's motions for production of evidence and for entry of default are denied as moot.  Doc. nos. 45 and 46.

2.   Because Plaintiff has only recently been served with Defendants' motion summary judgment, his opposition is due twenty-

2

eight days from the date of this Order.  Defendants' reply is due fourteen days thereafter.

    3.   Defendants' administrative motion to file under seal is granted.  Doc. no. 42.  The Clerk of the Court shall file the unredacted version of Exhibit 1 to the declaration of S. Soderlund under seal.

    4.   This Order terminates docket nos. 42, 45 and 46.

    IT IS SO ORDERED.

Dated: 2/3/2014

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE