UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

MARTIN J. BIBBS,

    Plaintiff,

  v.

MICHAEL C. SAYRE, et al,

    Defendants.
_____/

No. 4:12-CV-05917 CW (NJV)

ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of Martin J. Bibbs, inmate no. H03951, presently in custody at Kern Valley State Prison, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: October 6, 2014

    NANDOR J. VADAS
    United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:    Warden, Kern Valley State Prison

<u>GREETINGS</u>

WE COMMAND that you have and produce the body of Martin J. Bibbs, inmate no. H03951, in your custody in the hereinabove-mentioned institution, before the United States District Court at Solano State Prison, on November 6, 2014, at 1:00 pm., in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of Bibbs v. Sayre, et al, and at the

termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.

Dated:  October 6, 2014

RICHARD WIEKING
CLERK, UNITED STATES DISTRICT COURT

By: Linn Van Meter
    Administrative Law Clerk

Dated: October 6, 2014

_____
NANDOR J. VADAS
United States Magistrate Judge



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MARTIN J. BIBBS, | No. 4:12-CV-05917 CW (NJV) |
|     Plaintiff, | |
|     v. | CERTIFICATE OF SERVICE |
| MICHAEL C. SAYRE, et al., | |
|     Defendants._____/ | |

I, the undersigned, hereby certify that on October 6, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Martin J. Bibbs
H-03951
Facility A, Bdlg. 8, Cell 130
Kern Valley State Prison
P.O. Box 5101
Delano, CA 93216

Litigation Coordinator
Kern Valley State Prison
P.O. Box 6000
Delano, CA  93216-6000

(by fax also)

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

3