UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

MARTIN J. BIBBS,

    Plaintiff,

v.

MICHAEL C. SAYRE, et al,

    Defendants.

No. 4:12-CV-05917 CW (NJV)

ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM

The settlement conference scheduled in this case for 1:00 p.m., February 11, 2015, at Solano State Prison, has been reset for February 12, 2015. Accordingly, the writ of habeas corpus ad testificandum issued January 5, 2015, for Plaintiff's attendance at the February 11, 2015 settlement conference is HEREBY VACATED.

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of Martin J. Bibbs, inmate no. H03951, presently in custody at Kern Valley State Prison, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required.

Dated: January 30, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:    Warden, Kern Valley State Prison

GREETINGS

WE COMMAND that you have and produce the body of Martin J. Bibbs, inmate no. H03951 , in your custody in the hereinabove-mentioned institution, before the United States District Court at Solano State Prison, on February 12, 2015, at 9:00 a.m., in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of Bibbs v. Sayre, et al, and at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further  to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

   Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.


Dated:  January 30, 2015

                                       RICHARD WIEKING
                                       CLERK, UNITED STATES DISTRICT COURT

                                       By: Linn Van Meter
                                             Administrative Law Clerk


Dated: January 30, 2015        _____
                                       NANDOR J. VADAS
                                       United States Magistrate Judge



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MARTIN J. BIBBS, | No. 4:12-CV-05917 CW (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| MICHAEL C. SAYRE, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that on January 30, 2015, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Martin J. Bibbs
H-03951
Facility A, Bdlg. 8, Cell 130
Kern Valley State Prison
P.O. Box 5101
Delano, CA 93216

Litigation Coordinator
Kern Valley State Prison
P.O. Box 6000
Delano, CA  93216-6000

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

3