UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARTIN J. BIBBS,

        Plaintiff,

  v.

MICHAEL C. SAYRE, et al.,

        Defendants.

Case No. 12-cv-05917-CW (NJV)

**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING**

A settlement conference was held on February 12, 2015 at Solano State Prison, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    (X) Plaintiff, Martin J. Bibbs Pro Se

    ( ) Warden or warden's representative

    (X) Office of the California Attorney General, Giam M. Nguyen

    (X) Other: Christina Johansen

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

    (X) The case has been completely settled. Plaintiff agrees that he will not appeal the Order granting motion for summary judgment in Case No. C 13-1570 CW, Martin J. Bibbs v. Michael C Sayre.

    ( ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved. The issues outlined on the sheet

1  attached remain for this Court to resolve.

2  ( ) The parties are unable to reach an agreement at this time.

3  **IT IS SO ORDERED.**

4  Dated: 2/13/15

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN J. BIBBS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL C. SAYRE, et al.,<br><br>　　　　　Defendants. | Case No.  12-cv-05917-CW   (NJV)<br><br>**CERTIFICATE OF SERVICE** |

　　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　　That on 2/13/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Martin J. Bibbs ID: H-03951
Facility A, Bdlg. 8, Cell 130
Kern Valley State Prison
P.O. Box 5101
Delano, CA 93216

Dated: 2/13/2015

　　　　　　　　　　　　　　　　　　　　Richard W. Wieking
　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　　By: *[signature]*
　　　　　　　　　　　　　　　　　　　　Gloria Knudson, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　Honorable NANDOR J. VADAS

3