UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN J. BIBBS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL C. SAYRE, et al.,<br><br>　　　　Defendants. | Case No.   12-cv-05917-CW<br><br>ORDER OF DISMISSAL PURSUANT TO SETTLEMENT |

　　　Pursuant to the parties' settlement of this case, see Dkt. Nos. 77 and 78, and Defendants' notification that the California Department of Corrections and Rehabilitation has written a settlement check, see Dkt. No. 79, this case is dismissed.  The Clerk of the Court shall close the file.

　　　IT IS SO ORDERED.

Dated: 04/16/2015

_____
CLAUDIA WILKEN
United States District Judge