UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MARTIN J. BIBBS,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL C. SAYRE, et al.,<br><br>    Defendants. | Case No.  12-cv-05917 CW  (NJV)<br><br>**ORDER SETTING STATUS CONFERENCE**<br><br>Re: Dkt. No. 81 |

A telephonic status conference is HEREBY SET in this case for 1:00 p.m. on June 30, 2015. The parties shall attend the status conference by dialing 888-684-8852 and entering access code 1868782.  Defense counsel is asked to assist in obtaining the telephonic appearance of Plaintiff.

**IT IS SO ORDERED**.

Dated:  June 16, 2015

NANDOR J. VADAS
United States Magistrate Judge